**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DIMITRIOS GEORGAKOPOULOS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 4951 |
| | ) | |
| NIKOS THERAPOS, individually, and | ) | |
| d/b/a HELLENIC TRIBUNE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO VACATE ORDER OF DISQUALIFICATION OF ATTORNEY
ENTERED MARCH 6, 2007.**

NOW COMES the Defendant, NIKOS THERAPOS, individually and d/b/a HELLENIC TRIBUNE, by and through his attorney, DAVID M. LAZ. And moves this court, pursuant to FRCP 9, moves this court to vacate the order entered March 6, 2007 and in support thereof states as follows:

1. Upon Defendant's attorney receiving notice of the filing of Plaintiff's Motion to Disqualify Counsel via checking his e-mail, the Defendant's attorney notified Plaintiff's attorney by e-mail on March 1, 2007 regarding Defendant's attorney's status to practice law. The e-mail read as follows:

> Dear Mr. Gutterman:
>
> I am asking that you withdraw your motion to disqualify me in the Therapos case. If you now check with the ARDC, you will find that I am qualified to practice in this state and that I am on the master roll of attorneys. The reason for my removal was a mistake in my use of the electronic registration.
>
> Please e-mail me as to your confirmation regarding withdrawal of your motion.
>
> David Laz

2. Therefore, on March 1, 2007, the Plaintiff's attorney was informed that the Defendant's attorney was indeed licensed to practice law an continues to be licensed to practice law.

3. Despite being placed on notice of this fact, the Plaintiff's attorney represented to the court, on March 6, 2007, that the Defendant's attorney was still not licensed to practice law.

4. That the basis for the court granting the Plaintiff's Motion to Disqualify Defendant's attorneys was baseless and the Plaintiff's attorney knew, or should have known that, on the date he presented the Motion to Disqualify, it was not based on the facts in existence on that date.

WHEREFORE, the Defendant prays this court enter an order:

a) Vacating the order of March 6, 2007 in its entirety.

b) For any further relief deemed just.

_____
David M. Laz, Attorney for Defendant

David M. Laz,
Attorney for Defendant
32 W. Burlington Ave.
Suite 7
Westmont, Il. 60559
(630) 769-0120