**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DIMITRIOS GEORGAKOPOULOS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 4951 |
| | ) | |
| NIKOS THERAPOS, individually, and d/b/a HELLENIC TRIBUNE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To: Allen Gutterman, Esq.
5225 West Old Orchard Rd.
Suite 50
Skokie, Il. 60077

On May 1, 2007, I caused to be filed with the Clerk of the United States District Court the attached Motion to Vacate Default Judgment, a copy of which is served upon you.

_____
Thomas J. Laz, Attorney for Defendant

Thomas J. Laz,
Attorney for Defendants
600 S. Washington Street
Suite 301
Naperville, Il. 60540
(630) 717-7555